UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REUBEN RANKE,

    Plaintiff,

v.

WILLIAM FEDERSPIEL, *et al.*,

    Defendants.

_____/

Case No. 23-11300

Honorable Nancy G. Edmunds

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S AUGUST 13, 2025 REPORT AND RECOMMENDATION [61]

This is a pro se prisoner civil rights lawsuit filed by Plaintiff Reuben Ranke against a number of Saginaw County officials. The remaining defendants are Sherriff William Federspiel, Jail Administrator David Kerns, and Jail Chaplain Andy Doe ("Defendants"). The Court has referred all pre-trial matters to Magistrate Judge Anthony P. Patti. (ECF Nos. 14, 60.) Before the Court is the Magistrate Judge's report and recommendation to grant in part and deny in part Defendants' renewed motion to dismiss. (ECF No. 61.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the report and recommendation (ECF No. 61). Accordingly, Defendants' renewed motion to dismiss (ECF No. 57) is GRANTED IN PART AND DENIED IN PART. More specifically, it is granted as to Defendant Chaplain Andy Doe and any claims brought under the

Religious Land Use and Institutionalized Persons Act ("RLUIPA"), and it is denied in all other respects.

SO ORDERED.

                                                          s/Nancy G. Edmunds
                                                          Nancy G. Edmunds
                                                          United States District Judge

Dated: September 3, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 3, 2025, by electronic and/or ordinary mail.

                                                          s/Marlena Williams
                                                          Case Manager