**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

REUBEN RANKE,

            Plaintiff,                                Case No. 2:23-cv-11300
                                                  District Judge Linda V. Parker

v.                                             Magistrate Judge Anthony P. Patti

WILLIAM FEDERSPIEL, et al.,

            Defendants.

_____/

### <u>ORDER GRANTING IN PART DEFENDANT'S MOTION TO ALLOW THE DEPOSITION OF PLAINTIFF AND EXTEND THE DISCOVERY AND RULE 56 MOTION DEADLINE (ECF No. 69)</u>

Judge Parker has referred this case to me for pretrial matters.  (ECF No. 60.) Currently before the Court is Defendants' January 16, 2026 motion to allow the deposition of Plaintiff and extend the discovery and Rule 56 motion deadline. (ECF No. 69.)  Plaintiff Reuben Ranke (#42497-039) is currently incarcerated at FCI-Elkton in Lisbon, Ohio.

Having reviewed the motion, I conclude that oral argument is not necessary as to the request for a deposition.  *See* E.D. Mich. LR 7.1(f)(2).  Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B), because Plaintiff is incarcerated.  Upon consideration, **IT IS HEREBY ORDERED** that Defendants' motion to allow the deposition of Plaintiff (ECF No. 69) is

**GRANTED IN PART**, and Defendants shall be permitted to take the deposition of Plaintiff for all purposes allowed by the Federal Rules of Civil Procedure.  The deposition may occur either in person, by telephone, or via video teleconference, at Defendants' option and consistent with the requirements and needs of Plaintiff's place of incarceration.

As to the remainder of Defendants' motion, which asks for an extension of the discovery and Rule 56 deadlines, the Court has already suspended the Rule 56 deadline without date. (*See* 2/27/2026 Text-Only Order.)  The discovery deadline passed on January 26, 2026, ten days after Defendants filed their motion to extend discovery.  The Court has scheduled this motion for hearing on March 20, 2026, along with multiple other discovery related motions, and the Court will consider whether any extension to discovery is warranted at that time.

**IT IS SO ORDERED.** [1]

Dated: March 19, 2026

ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

2