**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

REUBEN RANKE,

        Plaintiff,

v.

WILLIAM FEDERSPIEL, et al.,

        Defendants.

Case No. 2:23-cv-11300
District Judge Linda V. Parker
Magistrate Judge Anthony P. Patti

_____/

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST REQUEST TO PRODUCE (ECF NO. 68)

Judge Parker has referred this case to me for pretrial matters.  (ECF No. 60.) Currently before the Court are a variety of motions related to discovery.  This order will address Plaintiff's January 9, 2026 motion to compel responses to Plaintiff's "First Request for Production."  (ECF No 68.)  Having reviewed the motion, I conclude that oral argument is not necessary.  *See* E.D. Mich. LR 7.1(f)(2).  For the reasons stated below, the motion (ECF Nos. 68) is **DENIED**.

Plaintiff alleges that, as of the date Plaintiff mailed the motion (January 5, 2026), he had not received any response to his first requests for production.  In Defendants' response, they allege that they mailed their responses on January 7, 2026, and the responses likely crossed in the mail with Plaintiff's motion to

compel, thus making Plaintiff's motion moot.  (ECF No. 70.)  Plaintiff did not file a reply, but instead filed a subsequent motion to compel and for sanctions, in which Plaintiff alleges that Defendants' responses are improper in that they rely on boilerplate and inappropriate objections.  (ECF No. 72.)  This second motion is set for hearing on March 20, 2026, and the Court will address the propriety of Defendants' responses at that time.  In the meantime, however, it is clear that Plaintiff's first motion to compel, filed before receiving *any* responses, is now moot.  Accordingly, Plaintiff's first motion to compel responses to Plaintiff's "First Request for Production" (ECF No 68) is **DENIED AS MOOT.**

**IT IS SO ORDERED.** [1]

Dated: March 19, 2026

ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).