UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REUBEN RANKE,

        Plaintiff,

v.

WILLIAM FEDERSPIEL, *et al.*,

        Defendants.

_____/

Case No. 2:23-cv-11300

District Judge Linda V. Parker
Magistrate Judge Anthony P. Patti

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL
DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST REQUEST FOR
PRODUCTION NOS. 2, 12 (ECF No. 97)**

Judge Parker has referred this case to me for pretrial matters.  Currently before the Court is Plaintiff's May 19, 2026 motion to compel (ECF No. 97), as to which Defendants Federspiel and Kerns filed a response (ECF No. 99). The Court noticed a video hearing for July 6, 2026 (*see* ECF No. 98), at which Plaintiff appeared *in pro per* and Attorney Timothy S. Ferrand appeared on behalf of Defendants Federspiel and Kerns.

With the Court's assistance, the motion was resolved during the video hearing as follows.  No later than **Friday, July 10, 2026**, Defendants **SHALL**:

- **as to Request No. 2**, which sought "[c]opies of any insurance policy that may cover any part of the cost of this suit including any potential liability to an individual defendant and to the County of Saginaw[,]" (ECF No. 99-1, PageID.1501-1502),

1

produce copies of:  Pages 2 to 5 and 7 to 9 of AL000103 0413; and,

- **as to Request No. 12**, which sought "[a]ll documents related to the matters raised in this complaint that any Defendant obtained from, or as a result of interviewing, any person who purported to have knowledge of the matters herein[,]" (*id*., PageID.1502-1503), produce a copy of the transcript of the interview with Kolarik (Plaintiff's cellmate).

Accordingly, Plaintiff's motion to compel (ECF No. 97) is **DENIED AS MOOT**.

     **IT IS SO ORDERED.**[1]


Dated:  July 6, 2026

                                          _____
                                          Anthony P. Patti
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).